# EXHIBIT 20

www.redbubble.com/people/bedwin/works/21724086-bb-king?body_color=black&p=t-shirt&print_location=front&size=medium

Blues Legend B.B. King Dies at 89 | Rap-Up

"BB KING" T-Shirts & Hoodies by bedwin | Redbubble

SIGN IN



**REDBUBBLE**

SELL YOUR ART

New Lightweight Hoodies. Great for laziness, business, or any other -ness.

Search products, artworks and themes

MEN'S   WOMEN'S   KIDS   CASES & SKINS   STICKERS   WALL ART   HOME DECOR   STATIONERY   BAGS   GIFT CERTIFICATES

# BB KING
T-Shirts & Hoodies



CLOTHING STYLE:
Unisex T-Shirt

S   M   L   XL   2XL   3XL

Front   OR   Back

**$25.63**

ADD TO CART

Shipping to United States
2–4 business days (Express)
4–6 business days (Standard)

PRODUCT REVIEWS (233)   AVAILABLE PRODUCTS **31**   ARTIST NOTES

PRODUCT INFO
*i*



**bedwin**
JOINED JANUARY 2016

FOLLOW