UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

| | |
|---|---|
| Glen Craig,<br><br>         Plaintiff,<br><br>  v.<br><br>Getty Images (U.S.), Inc., CNN America Inc., NBCUniversal Media, LLC, American Broadcasting Companies, Inc., CBS News, Inc., Fox News Network, LLC, MSNBC Cable LLC, BBC Worldwide Americas, Inc., Conde Nast Entertainment LLC, Hearst Communications, Inc., Prometheus Global Media, LLC, Rolling Stone LLC, Time, Inc., The New York Times Company, Bloomberg L.P., New York Daily News Company, Oath, Inc., Infinity 1 Incorporated, and Redbubble, Inc.,<br><br>         Defendants. | **RULE 7.1 CORPORATE DISCLOSURE STATEMENT**<br><br>Case No. 1:17-CV-9916-AJN<br><br>ECF Case |

  Pursuant to Rule 7.1 of the Federal Rules of Civil Procedure, the undersigned counsel of record for defendant Getty Images (US), Inc. ("Getty Images") hereby files its corporate disclosure statement.

  Getty Images respectfully states that it is a privately owned company with no parent corporation, and that no publicly held corporation owns 10% or more of its stock.

Respectfully submitted,

Dated: New York, New York  COWAN, DEBAETS, ABRAHAMS & SHEPPARD LLP
July 19, 2018

By: /s/ Nancy E. Wolff
Nancy E. Wolff
Scott J. Sholder
41 Madison Avenue, 38th Floor
New York, New York 10010
Tel.: (212) 974-7474
Fax: (212) 974-8474
nwolff@cdas.com
ssholder@cdas.com

*Attorneys for Defendant Getty Images (US), Inc.*