UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
------------------------------------------------------------X
GLEN CRAIG

                Plaintiff,

  -against-

GETTY IMAGES (U.S.), INC., CNN AMERICA
INC., NBCUNIVERSAL MEDIA, LLC,                  Civil Case No. 17-CV-9916 (AJN)
AMERICAN BROADCASTING COMPANIES,
INC., CBS NEWS, INC., FOX NEWS NETWORK,
LLC, MSNBC CABLE L.L.C., BBC
WORLDWIDE AMERICAS, INC.,
CONDÉ NAST ENTERTAINMENT LLC,
HEARST COMMUNICATIONS, INC.,
PROMETHEUS GLOBAL MEDIA, LLC,
ROLLING STONE LLC, TIME, INC.,
THE NEW YORK TIMES COMPANY,
BLOOMBERG L.P., NEW YORK
DAILY NEWS COMPANY, OATH, INC.
INFINITY 1 INCORPORATED and
REDBUBBLE, INC.

                Defendants.
------------------------------------------------------------X

## PLAINTIFF'S MOTION
## FOR LEAVE TO FILE A FIRST AMENDED COMPLAINT

      Pursuant to Rule 15(a) of the Federal Rules of Civil Procedure, Plaintiff Glen Craig ("Plaintiff") respectfully submits this Motion for Leave to File a First Amended Complaint. In support hereof, Plaintiff shows the Court as follows:

      1.      Plaintiff moves the Court for leave to file a first amended complaint.

      2.      As set out more fully in Plaintiff's Memorandum of Law in Support of Plaintiff's Motion for Leave to File a First Amended Complaint and the Declaration of John Pelosi, Esq., Plaintiff should be granted leave to file the amended complaint. Under Rule 15(a), there is a

strong presumption in favor of permitting amendment, and there is no reason to depart from that presumption here.

3.     No party will be prejudiced by the proposed amendment.

### **PRAYER**

For these reasons, and those set out in the Memorandum of Law in Support of Plaintiff's Motion for Leave to File a First Amended Complaint and the Declaration of John Pelosi, Esq., Plaintiff requests that the Court grant it leave to file its First Amended Complaint.

Dated: August 19, 2018

**/s/ John Pelosi**
John Pelosi, Esq.
Angelo DiStefano, Esq.
PELOSI WOLF EFFRON & SPATES LLP
The Woolworth Building
233 Broadway, Ste. 2208
New York, NY 10279
(212) 334-4801
(212) 571-9149 (facsimile)

*Counsel for Glen Craig*